

Christopher H. Lowe - Partner

630 Third Avenue, Fifth Floor
New York, New York 10017
Main: 212.392.4772
Direct: 212.764.7171
Fax: 212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

July 8, 2019

VIA ECF
The Honorable Deborah A. Batts, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, New York 10007

    Re:    Olsen v. Bozzuto Management Company
              Case No. 19-cv-02221 (DAB)

Dear Judge Batts:

    We represent Plaintiff Thomas Olsen and write in response to this Court's July 3, 2019 Order requesting an affidavit of counsel in support of the parties' Proposed Consent Decree. (Dkt 12). Please find attached the Affidavit of Plaintiff's Counsel, Christopher H. Lowe, affirming that the rights of putative class members will be unaffected by the Proposed Consent Decree because no motion for class certification has been filed and the confidential settlement at issue is on an individual basis.

    We appreciate the Court's attention to this matter.

                              Respectfully submitted,
                              LIPSKY LOWE LLP

                              s/ Christopher H. Lowe
                                Christopher H. Lowe

CC:  Defendant's Counsel (via ECF)